Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 692126

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-20199 | 001-0 | DERONDA KAYE CAIN<br>Original Check written to:<br>FIRST NORTH AMERICAN NATIONAL BANK<br>P O BOX 42395<br>RICHMOND, VA  23286-5689 | xxxxxxxxxxxx6708 | 0.00 | 482.74 | 0.00 | 482.74 |
| 04-20199 | 001-1 | DERONDA KAYE CAIN<br>Original Check written to:<br>FIRST NORTH AMERICAN NATIONAL BANK<br>P O BOX 42395<br>RICHMOND, VA  23286-5689 | xxxxxxxxxxxx6708 | 664.63 | 70.94 | 0.00 | 70.94 |
| 04-60870 | 020-0 | MICHAEL FRANK BROCK<br>Original Check written to:<br>HSBC<br>P. O. BOX 60130<br>CITY OF INDUSTRY, CA  91716-0130 | xxxxxxxxxxxxxx1389 | 0.00 | 1,394.09 | 0.00 | 1,394.09 |
| 04-61572 | 001-0 | JAMES DAVID HEARN<br>Original Check written to:<br>PALISADES ACQUISITION I LLC<br>% OSI PORTFOLIO SERVICES<br>P O BOX 105460<br>ATLANTA, GA  30348-5460 | xxxxxx3905 | 0.00 | 150.87 | 0.00 | 150.87 |
| 04-62403 | 012-0 | KELLY YARBROUGH<br>Original Check written to:<br>REPUBLIC BANK & TRUST<br>601 W MARKET ST<br>LOUISVILLE, KY  40202 | | 366.63 | 58.37 | 0.00 | 58.37 |
| 08-60143 | 004-0 | DAVID W RUCKS<br>Original Check written to:<br>LYNDON COLEMAN<br>1004 36TH STREET SE<br>RIO RANCHO, NM  87124-2002 | | 4,523.38 | 42.65 | 0.00 | 42.65 |
| 08-60648 | 004-0 | LOUIE D. BARRON<br>Original Check written to:<br>SMITH COUNTY<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxxxx6000 | 0.00 | 90.25 | 0.00 | 90.25 |